1 ANGEL NAVARRO (State Bar No. 155702)
E-mail: angel_navarro@me.com
2 Attorney at Law
The Petroleum Building
3 714 W. Olympic Blvd., Suite 450
Los Angeles, California  90015
4 Telephone (213) 744-0216
Facsimile (213) 746-4435

Attorneys for Defendant
CARLOS RIVERA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 10-00351-JHN-7 |
| Plaintiff, ) | JOINDER OF DEFENDANT CARLOS RIVERA IN CO-DEFENDANT ALEX CASTRO'S MOTION TO DISMISS INDICTMENT BASED ON LACK OF JURISDICTION |
| v. ) | |
| CARLOS RIVERA, ) | |
| Defendant. ) | |

   Defendant Carlos Rivera, by and through his counsel of record, Angel Navarro, hereby joins in co-defendant Alex Castro's Motion To Dismiss Indictment Based On Lack Of Jurisdiction.

                        Respectfully Submitted,


Dated: June 5, 2011       By_____/s/_____
                              Angel Navarro
                              Attorney at Law