ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
REEMA M. EL-AMAMY (California State Bar Number 237743)
Assistant United States Attorney
Violent and Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0552
    Facsimile: (213) 894-3713
    E-mail: reema.el-amamy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
SEP 21 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 10-351-ODW-28 |
|---|---|
|     Plaintiff, | ) [PROPOSED] ORDER SEALING |
| | ) DOCUMENT |
|     v. | ) |
| ARMANDO BARAJAS, ET AL., | ) |
|     Defendants. | ) |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's ex parte application for sealed filing is GRANTED. The document sought to be filed under seal and the government's ex parte application for sealed filing shall both be

1  filed under seal.  The government may produce the underlying
2  document as permitted or required by applicable law.
3
4  DATED: _____9-21-12_____
5
6                                    _____
7                                    HON. OTIS D. WRIGHT II
                                     UNITED STATES DISTRICT JUDGE
8  **OR IN CASE OF DENIAL:**
9       The government's application for sealed filing is DENIED. The
10 sealing application will be filed under seal.  The underlying
11 documents shall be returned to the government, without filing of
12 the documents or reflection of the name or nature of the documents
13 on the clerk's public docket.
14
15 DATED: _____
16                                    _____
                                     HON. OTIS D. WRIGHT II
17                                   UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, **REBECCA DE LA ROSA**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:
**[PROPOSED] ORDER SEALING DOCUMENT**

| [ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
|---|---|
|  | **Robert Patrick Sticht** <br> **Robert P. Sticht Law Offices** <br> **P.O. Box 49457** <br> **Los Angeles, CA 90049** |
| [ ] By hand delivery addressed as follows: | [ ] By email addressed as follows: |
| [ ] By messenger as follows: | [ ] By federal express as follows: |

This Certificate is executed on **September 20, 2012** at Los Angeles, California. I certify under penalty of perjury that the foregoing
is true and correct.

*/s/ REBECCA DE LA ROSA*