# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 10-00351-ODW-7, 27, 29 | | Date | October 16, 2012 |
|---|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 27) Jessica Medina | Not | X | | 27) Joseph F Walsh | Not | X | |

**Proceedings:**     **MINUTE ORDER  (IN CHAMBERS)**

　　　The Motion To Suppress Wiretap Evidence from Target Telephone # 9 filed by 27-Medina [**1590**] together with joinders: 7-Rivera [**1593**] and 29-Prieto [**1594**], submitted on September 11, 2012 is **DENIED**.

　　　Ample evidence of necessity had been shown to the issuing Court; and the arrest of Rivera did not negate the previous showings of probable cause and necessity.

|  | : | 00 |
|---|---|---|

Initials of Deputy Clerk     se