UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Case No. CR 10-00351-ODW-**7,27,29**     Date: 12/12/12

JURY NOTE NUMBER ___1___

___ THE JURY HAS REACHED A UNANIMOUS VERDICT

_✓_ THE JURY REQUESTS THE FOLLOWING:

To Hear Exhibit 85B and Exhibit 89B again.

SIGNED: **REDACTED**