UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Case No. CR 10-00351-ODW-7,27,29          Date: 12/12/12

JURY NOTE NUMBER ___2___

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

___✓___ THE JURY REQUESTS THE FOLLOWING:

To Hear Exhibit 148B again and 77B again

SIGNED: **REDACTED**