

FILED
CLERK, U.S. DISTRICT COURT
DEC 12 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 10-00351-ODW-**7,27,29**       Date: 12/12/12

### JURY NOTE NUMBER 3

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

✓  THE JURY REQUESTS THE FOLLOWING:

To Hear the audio recording of Exhibits 85, 89, 77, and 148, As well as Be Able to Review the Corresponding Transcripts in English

SIGNED: **REDACTED**