UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
DEC 1 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. CR 10-00351-ODW-7,27,29          Date: 12/12/12

JURY NOTE NUMBER __4__

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

_____  THE JURY REQUESTS THE FOLLOWING:

WE HAVE REACHED A UNANIMOUS VERDICT ON ALL CHARGES EXCEPT COUNT #ONE AGAINST RAUL PRIETO. IT APPEARS WE ARE LOCKED ON THIS CHARGE, HAVE BEEN DEBATING OVER ISSUE FOR APPROX. 5 HOURS

SIGNED: **REDACTED**