Name __Angel Navarro__
Address __714 W. Olympic Blvd., Suite 450__
City, State, Zip __Los Angeles, CA 90015__
Phone __(213) 744-0216__
Fax __(213) 746-4435__
E-Mail __angel_navarro@me.com__

☐ FPD  ☐ Appointed  ☒ CJA  ☐ Pro Per  ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | |
| v. | CR 10-00351-ODW-7 |
| Carlos Rivera, | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____Carlos Rivera_____ hereby appeals to
                               *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___March 11, 2013___. Entered on the docket in this action on ___March 11, 2013___.

A copy of said judgment or order is attached hereto.

___March 20, 2013___                    ___Angel Navarro /s/___
Date                                     Signature
                                         ☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).