| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

| TRANSCRIPT DESIGNATION AND ORDERING FORM |||
|---|---|---|
| 1. NAME<br>Gary P. Burcham | 2. PHONE NUMBER<br>(619) 699-5930 | 3. DATE<br>6/3/2013 |
| 4. FIRM NAME: Burcham & Zugman | 5. E-MAIL ADDRESS: gburcham@sbcglobal.net ||
| 6. MAILING ADDRESS<br>964 fifth Avenue, Suite 300 | 7. CITY<br>San Diego | 8. STATE CA / 9. ZIP CODE 92101 |
| 10. CASE NUMBER<br>10CR0351-ODW | 11. CASE NAME<br>U.S. v. Carlos Rivera | 12. JUDGE<br>Wright |
| 13. APPEAL CASE NUMBER<br>13-50115 | 14. ORDER FOR  ☑ APPEAL  ☐ NON-APPEAL  ☑ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER ||

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 9/7/2011 | Cuneo | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☑ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| 8/16/2012 | Thibodeaux | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☑ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| 9/11/2012 | Stride | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☑ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| 10/17/2012 | Thibodeaux | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☑ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| 11/13/2012 | Valine | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☑ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT ||
|---|---|---|---|
| ORDINARY | ☑ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☐ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY ||
| REAL TIME | ☐ |||

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month:       Day:       Year:
Transcript payment arrangements were made with:

17. DATE: 6/3/2013

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:
Month:       Day:       Year:

18. SIGNATURE: [signature]

G-120 (09/12)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10CR0351-ODW |
| Plaintiff, | ) | |
| v. | ) | |
| CARLOS RIVERA (7), | ) | **ADDITIONAL TRANSCRIPT DESIGNATIONS** |
| Defendant. | ) | |

| | | |
|---|---|---|
| 12/4/2012 | Thibodeaux | Jury Trial (all portions) |
| 12/5/2012 | Thibodeaux | Jury Trial (all portions) |
| 12/6/2012 | Thibodeaux | Jury Trial (all portions) |
| 12/7/2012 | Valine | Jury Trial (all portions) |
| 12/11/2012 | Thibodeaux | Jury Trial (all portions) |
| 12/12/2012 | Thibodeaux | Jury Trial (all portions) |
| 3/11/2013 | Thibodeaux | Sentencing Hearing |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff-Appellee, )<br>)<br>v. )<br>)<br>CARLOS RIVERA, )<br>)<br>Defendant-Appellant. )<br>_____ ) | U.S.D.C. No. 10CR0351-ODW<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, GARY P. BURCHAM, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 300, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of the Transcript Designation and Ordering Form, with attached CJA-24's, on the following party or parties by electronically filing the foregoing with the Clerk of the District Court:

Reema El-Amamy, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2013

                                                    s/ Gary P. Burcham
                                                    GARY P. BURCHAM